# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3793

_____

United States of America,

*Plaintiff - Appellee*,

v.

David Alden Johnston,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: May 14, 2015
Filed: May 20, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

David Johnston directly appeals after the district court[1] revoked his supervised release and sentenced him within his Chapter 7 advisory Guidelines range to 10

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

months in prison, to be followed by additional supervised release. Johnston's counsel has moved for leave to withdraw and has filed a brief arguing that Johnston's sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable revocation sentence. *See United States v. Growden*, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

_____